UNITED STATES of America,
Plaintiff–Appellee,

v.

Jesus PEREZ, Defendant–Appellant.

No. 05–13770

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 10, 2006.

Jesus Perez, Beaumont, TX, pro se.

Amy Levin Weil, David E. McClernan, U.S. Attorney's Office, Atlanta, GA, for Plaintiff–Appellee.

Appeal from the United States District Court for the Northern District of Georgia. D.C. Docket No. 04–00271–CR–03–WBH–1.

Before ANDERSON, BLACK and BARKETT, Circuit Judges.

PER CURIAM:

Jeff P. Manciagli, appointed counsel fo Jesus Perez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to

withdraw is **GRANTED**, and Perez's conviction and sentence are **AFFIRMED**.